# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEVIN D. SUTTON,

    Petitioner,

vs.

WARDEN LEGRAND, et al.,

    Respondents.

Case No. 3:13-cv-00232-RCJ-VPC

**ORDER**

    The court ordered (#5) petitioner to show cause and file proof that he had obtained permission of the court of appeals to pursue a second or successive petition, pursuant to 28 U.S.C. § 2244(b)(3). Petitioner has not complied with the court's order within the allotted time.

    Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** as a second or successive petition. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

    Dated: This 6th day of November, 2013.

    ROBERT C. JONES
    Chief United States District Judge